UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HOGSTON,

      Plaintiff,

v.

      Case No. 2:14-cv-14458
      District Judge Avern Cohn
      Magistrate Judge Anthony P. Patti

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

      Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION [DE 25] AND REQUIRING BRIEFING IN RESPONSE TO PLAINTIFF'S MOTION TO REMAND [DE 26]

This matter is before the Court for consideration of Plaintiff's unopposed motion for extension of time to file his reply. (DE 26.) For good cause shown, Plaintiff's motion is **GRANTED**. Accordingly, Plaintiff may file his reply **ON OR BEFORE JUNE 19, 2015**.

In addition to his pending motion for summary judgment (DE 16, 18, and 19), Plaintiff has filed a motion to remand under Sentence Six of 42 U.S.C. § 405(g). (DE 26) Such a motion was not contemplated by the Court's February 12, 2015 scheduling order. Nevertheless, Defendant is **ORDERED** to respond to Plaintiff's motion to remand, if at all, **ON OR BEFORE JUNE 16, 2015.**

IT IS SO ORDERED.

Dated: May 20, 2015                             s/Anthony P. Patti
                                                Anthony P. Patti
                                                UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 20, 2015, electronically and/or by U.S. Mail.

                                                s/Michael Williams
                                                Case Manager for the
                                                Honorable Anthony P. Patti
                                                (313) 234-5200

2